FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0639

FORWARD MONTANA; LEO GALLAGHER; MONTANA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; GARY ZADICK,

Plaintiffs and Appellants,

v.

THE STATE OF MONTANA, by and through GREG GIANFORTE, Governor,

Defendant and Appellee.

## ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to M. R. App. P. 26(1), Appellants' Unopposed Motion for Extension of Time to File Opening Brief is GRANTED. Appellants shall have an extension up to and including May 1, 2023, to file and serve their opening brief.

DATED this ___ day of _____, 2022.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2023